## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CHANNON ROSELYNNE FRANCO et al.,

    Plaintiffs,

    v.                                          Civ. No. 23-668 SCY/LF

ROSS DAUGHERTY et al.,

    Defendants.

### ORDER SETTING HEARING

**THIS MATTER** is before the Court on Defendants' Motion For Summary Judgment. Doc. 43. The Court will hold a hearing on this motion on **Thursday, July 24, 2025 at 1:30 p.m.** in the Chama Courtroom located at the Pete V. Domenici United States Courthouse, Fourth Floor, 333 Lomas Boulevard, N.W., Albuquerque, NM. The Court notes that the hearing is not limited to the issue of standing. Therefore, the parties should be prepared to discuss whether Plaintiffs' various constitutional claims survive summary judgment should the Court determine a factual dispute exists regarding standing. In connection with such discussion, the parties should be familiar with *United States v. Shuck*, 713 F.3d 563, 568 (10th Cir. 2013) (even where approach to back door of trailer is on curtilage, if this is the normal route of access used by anyone visiting the trailer, officers with a "knock and talk" purpose may approach even without reasonable suspicion). The parties should also be prepared to discuss what impact a finding that the initial entry was an illegal trespass into the property's curtilage would have on the subsequent searches and seizures at issue in the complaint.

    **IT IS SO ORDERED.**

                                              **STEVEN C. YARBROUGH**
                                              **UNITED STATES MAGISTRATE JUDGE**